B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>HEALTHCARE REAL ESTATE PARTNERS, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>46-2797374 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>1920 Main Street, Suite 410<br>Irvine, CA 92614 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>Registered Agent, c/o Corporation Service Company<br>2711 Centerville Road, Suite 400, Wilmington DE |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Orange County, CA<br>ZIP CODE 92614 | ZIP CODE 19808 |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br><br>☑ Chapter 7    ☐ Chapter 11 | |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|
| **VENUE**<br><br>☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. |  | **FILING FEE** (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Sep 11 15 08:38a                                                                                                      p.2

B 5 (Official Form 5) (12/07) – Page 2                  Name of Debtor: HEALTHCARE REAL ESTATE PARTNERS LLC

Case No.

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Richard H. Peters Jr._  9/11/15
Signature of Petitioner or Representative (State title)
Name of Petitioner: Richard & Darlene Peters Trusts
Date Signed: 9/11/15
Name & Mailing Address of Individual Signing in Representative Capacity: 410 NE 176th Avenue, Portland, OR 97230
Trustee

x _/s/ C. Martin_  9/16/2015
Signature of Attorney
Craig Martin/DLA Piper LLP (US)
Name of Attorney Firm (If any): 1201 N. Market Street, Suite 2100, Wilmington DE 19801
Address
Telephone No.: (302) 468-5700

x _____
Signature of Petitioner or Representative (State title)
Name of Petitioner: Leroy J. Blake & Linda J Blake Family
Date Signed: _____
Name & Mailing Address: 1777 NW Rimrock Road, Bend, OR 97701

x SAME AS ABOVE
Signature of Attorney    Date

x _____
Signature of Petitioner or Representative (State title)
Name of Petitioner: Roxie M. Bybee Trst Dtd July 5, 2012
Date Signed: _____
Name & Mailing Address: P.O. Box 3548, Salem, OR 97302

x SAME AS ABOVE
Signature of Attorney    Date

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Richard & Darlene Peters Trusts | Accounting and breach of contract | 16,434.39 |
| Leroy J. Blake & Linda J Blake Family | Accounting and breach of contract | 10,956.26 |
| Roxie M. Bybee Trst Dtd July 5, 2012 | Accounting and breach of contract | 5,478.13 |
| | Total Amount of Petitioners' Claims | 47,350.58 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

3 continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor: HEALTHCARE REAL ESTATE PARTNERS LLC

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative | Signature of Attorney |
|---|---|
| x _____ <br> Signature of Petitioner or Representative (State title) <br> **Richard & Darlene Peters Trusts** <br> Name of Petitioner          Date Signed <br> Name & Mailing Address of Individual Signing in Representative Capacity: **410 NE 176th Avenue, Portland, OR 97230** | x _____          Date <br> Signature of Attorney <br> **Craig Martin/DLA Piper LLP (US)** <br> Name of Attorney Firm (If any) <br> **1201 N. Market Street, Suite 2100, Wilmington DE 19801** <br> Address <br> **(302) 468-5700** <br> Telephone No. |
| x _[signed] Leroy Blake, Jr._ <br> Signature of Petitioner or Representative (State title) <br> **Leroy J. Blake & Linda J Blake Family** <br> Name of Petitioner          Date Signed **9.10.2015** <br> Name & Mailing Address of Individual Signing in Representative Capacity: **1777 NW Rimrock Road, Bend, OR 97701** <br> _Trustee_ | x **SAME AS ABOVE** _[signed] R. Martin  9/16/2015_ <br> Signature of Attorney          Date <br> Name of Attorney Firm (If any) <br> Address <br> Telephone No. |
| x _____ <br> Signature of Petitioner or Representative (State title) <br> **Roxie M. Bybee Trst Dtd July 5, 2012** <br> Name of Petitioner          Date Signed <br> Name & Mailing Address of Individual Signing in Representative Capacity: **P.O. Box 3548, Salem, OR 97302** | x **SAME AS ABOVE** <br> Signature of Attorney          Date <br> Name of Attorney Firm (If any) <br> Address <br> Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Richard & Darlene Peters Trusts | Accounting and breach of contract | 16,434.39 |
| Leroy J. Blake & Linda J Blake Family | Accounting and breach of contract | 10,956.26 |
| Roxie M. Bybee Trst Dtd July 5, 2012 | Accounting and breach of contract | 5,478.13 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 47,350.58 |

_3_ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor  HEALTHCARE REAL ESTATE PARTNERS LLC

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                         Date |
| Richard & Darlene Peters Trusts | Craig Martin/DLA Piper LLP (US) |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | 1201 N. Market Street, Suite 2100, Wilmington DE 19801 |
| 410 NE 176th Avenue, Portland, OR 97230 | Address |
| | (302) 468-5700 |
| | Telephone No. |

| x _____ | x SAME AS ABOVE |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| Leroy J. Blake & Linda J Blake Family | |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address: 1777 NW Rimrock Road, Bend, OR 97701 | Address |
| | Telephone No. |

| x /s/ Roxie M. Bybee, Tr. | x SAME AS ABOVE  /s/ 9/16/15 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Roxie M. Bybee Trst Dtd July 5, 2012    9/10/15 | |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address: P.O. Box 3548, Salem, OR 97302 | Address |
| Trustee | Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Richard & Darlene Peters Trusts | Accounting and breach of contract | 16,434.39 |
| Leroy J. Blake & Linda J Blake Family | Accounting and breach of contract | 10,956.26 |
| Roxie M. Bybee Trst Dtd July 5, 2012 | Accounting and breach of contract | 5,478.13 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 47,350.58 |

__3__ continuation sheets attached

*Attachment*

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

x _[signature]_ TRUSTEE
Signature of petitioner or Representative (State title)
James D. Franklin Trust
Name of Petitioner        Date Signed 9/16/15

Name & Mailing Address of Individual Signing in Representative Capacity: 3 Musset, Newport Coast, CA 92657

x _[signature]_   9/16/15
Signature of Attorney        Date
Craig Martin/DLA Piper LLP (US)
Name of Attorney Firm (if any)
1201 North Market St., Suite 2100, Wilmington, DE 19801
Address
(302) 468-5700
Telephone No.

x _____
Signature of petitioner or Representative (State title)
John Thomas Baikie Rev. Trust
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: 6 Antares, Irvine, CA 92603

x  SAME AS ABOVE
Signature of Attorney        Date
Name of Attorney Firm (if any)
Address
Telephone No.

x _____
Signature of petitioner or Representative (State title)
John Jacob Speckmann
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: 2941 NW Moore Ct., Bend, OR 97701-5407

x  SAME AS ABOVE
Signature of Attorney        Date
Name of Attorney Firm (if any)
Address
Telephone No.

x _____
Signature of petitioner or Representative (State title)
Arnold Goldenbaum
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: 35 Rolling Lane, Wayland, MA 01778

x  SAME AS ABOVE
Signature of Attorney        Date
Name of Attorney Firm (if any)
Address
Telephone No.

6188352.1

6188352.1

*Attachment*

# REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| x_____ | x_____ |
|---|---|
| Signature of petitioner or Representative (State title) | Signature of Attorney                    Date |
| James D. Franklin Trust | Craig Martin/DLA Piper LLP (US) |
| Name of Petitioner            Date Signed | Name of Attorney Firm (if any) |
|  | 1201 North Market St., Suite 2100, Wilmington, DE 19801 |
| Name & Mailing Address of     3 Musset | Address |
| Individual Signing in          Newport Coast, CA 92657 | (302) 468-5700 |
| Representative Capacity | Telephone No. |

x_____          x  SAME AS ABOVE  _[signature]_ 9-16-15
Signature of petitioner or Representative (State title)     Signature of Attorney            Date
John Thomas Baikie Rev. Trust
Name of Petitioner    Date Signed 9/16/15           Name of Attorney Firm (if any)

Name & Mailing Address of    6 Antares              Address
Individual Signing in         Irvine, CA 92603
Representative Capacity                             Telephone No.

x_____          x  SAME AS ABOVE
Signature of petitioner or Representative (State title)     Signature of Attorney            Date
John Jacob Speckmann
Name of Petitioner    Date Signed                   Name of Attorney Firm (if any)

Name & Mailing Address of    2941 NW Moore Ct.     Address
Individual Signing in         Bend, OR 97701-5407
Representative Capacity                             Telephone No.

x_____          x  SAME AS ABOVE
Signature of petitioner or Representative (State title)     Signature of Attorney            Date
Arnold Goldenbaum
Name of Petitioner    Date Signed                   Name of Attorney Firm (if any)

Name & Mailing Address of    35 Rolling Lane        Address
Individual Signing in         Wayland, MA 01778
Representative Capacity                             Telephone No.

6188352.1

6188352.1

*Attachment*

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| x_____ | x_____ Date |
|---|---|
| Signature of petitioner or Representative (State title) | Signature of Attorney |
| James D. Franklin Trust | Craig Martin/DLA Piper LLP (US) |
| Name of Petitioner        Date Signed | Name of Attorney Firm (if any) |
| | 1201 North Market St., Suite 2100, Wilmington, DE 19801 |
| Name & Mailing Address of   3 Musset | Address |
| Individual Signing in       Newport Coast, CA 92657 | (302) 468-5700 |
| Representative Capacity | Telephone No. |

| x_____ | x  SAME AS ABOVE |
|---|---|
| Signature of petitioner or Representative (State title) | Signature of Attorney        Date |
| John Thomas Baikie Rev. Trust | |
| Name of Petitioner        Date Signed | Name of Attorney Firm (if any) |
| | Address |
| Name & Mailing Address of   6 Antares | |
| Individual Signing in       Irvine, CA 92603 | Telephone No. |
| Representative Capacity | |

| x_____[signature]_____ 9/11/15 | x  SAME AS ABOVE  [signature] 9/16/15 |
|---|---|
| Signature of petitioner or Representative (State title) | Signature of Attorney        Date |
| John Jacob Speckmann | |
| Name of Petitioner        Date Signed | Name of Attorney Firm (if any) |
| | Address |
| Name & Mailing Address of   2941 NW Moore Ct. | |
| Individual Signing in       Bend, OR 97701-5407 | Telephone No. |
| Representative Capacity | |

| x_____ | x  SAME AS ABOVE |
|---|---|
| Signature of petitioner or Representative (State title) | Signature of Attorney        Date |
| Arnold Goldenbaum | |
| Name of Petitioner        Date Signed | Name of Attorney Firm (if any) |
| | Address |
| Name & Mailing Address of   35 Rolling Lane | |
| Individual Signing in       Wayland, MA 01778 | Telephone No. |
| Representative Capacity | |

6188352.1

6188352.1

*Attachment*

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

x _____
Signature of petitioner or Representative (State title)
James D. Franklin Trust
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: 3 Mussel, Newport Coast, CA 92657

x _____
Signature of Attorney                              Date
Craig Martin/DLA Piper LLP (US)
Name of Attorney Firm (if any)
1201 North Market St., Suite 2100, Wilmington, DE 19801
Address
(302) 468-5700
Telephone No.

x _____
Signature of petitioner or Representative (State title)
John Thomas Baikie Rev. Trust
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: 6 Antares, Irvine, CA 92603

x  **SAME AS ABOVE**
Signature of Attorney                              Date
Name of Attorney Firm (if any)
Address
Telephone No.

x _____
Signature of petitioner or Representative (State title)
John Jacob Speckmann
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: 2941 NW Moore Ct., Bend, OR 97701-5407

x  **SAME AS ABOVE**
Signature of Attorney                              Date
Name of Attorney Firm (if any)
Address
Telephone No.

x  *Arnold Goldenbaum* (signed)
Signature of petitioner or Representative (State title)
Arnold Goldenbaum          9/11/2015
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: 35 Rolling Lane, Wayland, MA 01778

x  **SAME AS ABOVE**  *(signed)* 9/14/15
Signature of Attorney                              Date
Name of Attorney Firm (if any)
Address
Telephone No.

6188352.1

6188352.1

x _[signature]_
Signature of petitioner or Representative (State title)
Mark Saulic
Name of Petitioner    Date Signed 9/15/2015

Name & Mailing Address of Individual Signing in Representative Capacity: 1631 Whispering Trail, Irvine CA 92602

x _____
Signature of petitioner or Representative (State title)
Bryan Taylor
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: 3701 Spinnaker Cir, Alpharetta, GA 30005-4209

x   SAME AS ABOVE   _[signature]_ 8/16/15
Signature of Attorney    Date

Name of Attorney Firm (if any)
Address
Telephone No.

x   SAME AS ABOVE
Signature of Attorney    Date

Name of Attorney Firm (if any)
Address
Telephone No.

| | | | |
|---|---|---|---|
| x_____ | | x  SAME AS ABOVE_____ | |
| Signature of petitioner or Representative (State title) | | Signature of Attorney | Date |
| Mark Savlic | | | |
| Name of Petitioner | Date Signed | Name of Attorney Firm (if any) | |
| | | | |
| Name & Mailing Address of Individual Signing in Representative Capacity | 1631 Whispering Trail Irvine CA  92602 | Address | |
| | | Telephone No. | |
| x _Bryan Taylor_ (signature) | | x  SAME AS ABOVE _[signature]_  9/16/15 | |
| Signature of petitioner or Representative (State title) | | Signature of Attorney | Date |
| Bryan Taylor | 9/15/15 | | |
| Name of Petitioner | Date Signed | Name of Attorney Firm (if any) | |
| Name & Mailing Address of Individual Signing in Representative Capacity | 3701 Spinnaker Cir Alpharetta, GA  30005-4209 | Address | |
| | | Telephone No. | |

6188352.1                                       - 2 -

*Attachment*

## PETITIONING CREDITORS

| NAME OF PETITIONER | NATURE OF CLAIM | AMOUNT OF CLAIM |
|---|---|---|
| James D. Franklin Trust | Accounting and Breach of Contract | $5,478.13 |
| John Thomas Baike Rev. Trust | Accounting and Breach of Contract | $2,546.76 |
| John Jacob Speckman | Accounting and Breach of Contract | $2,546.76 |
| Arnold Goldenbaum | Accounting and Breach of Contract | $1,273.38 |
| Mark Saulic | Accounting and Breach of Contract | $1,273.38 |
| Bryan Taylor | Accounting and Breach of Contract | $1,273.38 |